## 3:17-cr-00622(FAB)   USA v. MEDINA-RIVERA et al
## GROUPS G and H
### Attendance Sheet - Status Conference 5/25/2018

| Dft. | Defendant | SIGNATURE |
|---|---|---|
| 70 | Christopher J. Nieves-Perez | |
| 71 | Jean C. Torres-Soto | Diana Lopez-Feliciano |
| 72 | Daniel F. Velez-Ortiz | Edgar L. Sanchez-Mercado (excused) |
| 73 | Felix J. Alvarado-Ortega | Juan A. Albino-Gonzalez |
| 74 | Juan F. Velez-Cedeno | Fernando Omar Zambrana-Aviles |
| 75 | Jorge L. Negron-Cruz | Francisco J. Ortiz-Garcia |
| 76 | Jose L. Jimenez-Candelario | |
| 77 | Luis A. Monzon-Ocasio | Hector J. Dauhajre-Rodriguez |
| 78 | Jose M. Oyola | Ian Carlos Garcia-Ferreras |
| 79 | Jose A. Robles-Santiago | Luis A. Rodriguez-Munoz (excused) |
| 80 | Emanuel Rivera-Alvarez | Jose B. Velez-Goveo |
| 81 | Jovanni Torres-Lopez | |
| 82 | Jaime J. Valentin-Rodriguez | |
| 83 | Hector X. Ortiz-Errazo | Johnny Rivera-Gonzalez |
| 84 | Angelita Bravo-Garcia | Robert Millan |
| 85 | Angel A. Jimenez-Candelario | |
| 86 | Luis A. Ortiz-Olivera | Saul Roman-Santiago |
| 88 | Fernando Montanez-Garcia | Luz M. Rios-Rosario |
| 89 | Brandon J. Cruz-Verges | |
| 90 | Rolando Cotto-Ortega | Marta T. Rey-Cacho (excused) |
| 91 | Hector Quintana-Figueroa | Emilio F. Morris-Rosa |

| # | Defendant | Attorney | Signature |
|---|---|---|---|
| 92 | Juan C. Perez-Rivera | **David J. Colon-Almenas** | *signed* |
| 93 | Jose C. Mojica-Torres | **Rosa Bonini** | *signed* |
| 94 | Hector Mendez | **Israel O. Alicea** | *signed* |
| 95 | Jean C. Del Valle-Rosa | **Julio Cesar Alejandro** | *signed* |
| 96 | Jeremy A. Barreto-Berrios | **David Ramos-Pagan** | *signed* |
| 97 | Juan L. Reca-Santiago | **Jose Arce-Diaz (excused)** | |
| 98 | Gabriel Sedeno-Aponte | **Jorge L. Armenteros** | *signed* |
| 99 | Jose A. Ortiz-Olivera | **Eduardo Ferrer (excused)** | |
| 100 | Felix J. Ortiz | **Jose G. Perez** | *signed* |
| 101 | Nasain Ortiz-Nieves | **Diego H. Alcala** | *signed* |
| 102 | Roberto C. Rosa-Perez | **Yassmin Gonzalez** | *signed* |
| 103 | Pedro Alvino-Colon | **Irma R. Valldejuli (excused)** | |
| 104 | Carlos J. Santos-Velez | **Marie L. Cortes** | *signed* |